THE STATE OF OHIO, CROSS-APPELLEE, v. MOORE, CROSS-APPELLANT.

[Cite as *State v. Moore*, 117 Ohio St.3d 69, 2008-Ohio-501.]

(No. 2006-0502—Submitted January 9, 2008—Decided February 13, 2008.)

---

{¶ 1} As to Proposition of Law No. II of the cross-appeal, the cause is dismissed, sua sponte, as having been improvidently accepted.

{¶ 2} As to Proposition of Law No. III of the cross-appeal, the cause is remanded to the court of appeals for further consideration in light of our decision in *State v. Crager,* 116 Ohio St.3d 369, 2007-Ohio-6840, 879 N.E.2d 745.

{¶ 3} As to Proposition of Law No. VII of the cross-appeal, the cause is remanded to the court of appeals for further consideration in light of our decision in *State v. Foster,* 109 Ohio St.3d 1, 2006-Ohio-856, 845 N.E.2d 470.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

---

William D. Mason, Cuyahoga County Prosecuting Attorney, and Lisa Reitz Williamson, Assistant Prosecuting Attorney, for cross-appellee.

Robert L. Tobik, Cuyahoga County Public Defender, and John T. Martin, Assistant Public Defender, for cross-appellant.